UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE J. PAGGEOT,

        Plaintiff,                        Case No. 1:09cv794

v.                                                  Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 20, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 20, 2010, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to evaluate the opinions of Dr. Bos and Dr. Zarantonello as to whether plaintiff's depression was independent of his substance abuse.

                                                            /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE

DATED: September 13, 2010.